LAURA M. LEWIS (Deceased), a Relative of RUTH COSGROVE WELLER, an Incompetent Person (Deceased), Plaintiff, v. REUBEN WELLER, Deceased, Defendant, Appellant, FANNIE WELLER and HENRY WELLER, as Administrators, etc., of REUBEN WELLER, Deceased, Defendants, Appellants. HARTFORD ACCIDENT AND INDEMNITY COMPANY, Respondent.— Appeal from order, granting motion of the Hartford Accident and Indemnity Company to be substituted as a party plaintiff, unanimously dismissed. Order denying motion of defendants Fannie Weller and Henry Weller, as administrators, etc., to vacate order dated September 24, 1937, unanimously reversed, with twenty dollars costs and disbursements to the appellants, and the motion granted. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

NORAH T. BARRY, Respondent, v. FIRST NATIONAL BANK OF MOUNT VERNON, NEW YORK, as Administrator c. t. a. of the Last Will and Testament of CHARLOTTE K. GEORGES, Deceased, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Untermyer, J., dissents and votes to dismiss the appeal.

ALEXANDER F. WHITNEY, as President, and GEORGE W. ANDERSON, as Treasurer of Brotherhood of Railroad Trainmen, an Unincorporated Association, and CLAUD H. FOSTER, Appellants, v. CHEMICAL BANK & TRUST COMPANY and Others, Respondents.— Order, so far as appealed from, unanimously modified by directing examination of Irving Trust Company by H. A. Matthews, and the Discount Corporation of New York by Thomas G. Schaedle and John L. MacFarlane, assistant treasurers, in addition to the other officers named, and as so modified affirmed, without costs. No opinion. The dates for the examinations to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MEYER H. LAVENSTEIN, Appellant, v. CONTINENTAL CASUALTY COMPANY, Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

PROVIDENT TRUST COMPANY OF PHILADELPHIA, a Corporation, and Others, Respondents, v. GALLUP AMERICAN COAL CORPORATION, a Corporation, Appellant. — Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Untermyer, J., taking no part.

STARKIE HOLDING CORPORATION, Appellant, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Defendant. CHILDREN'S BUS SERVICE, INC., Intervening Defendant, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.